# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OAK TREE MEDIA, INC., | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| MICHAEL A. STEARNS, PRESIDENT | ) | |
| REVIEW PRINTING CO., INC., | ) | JURY TRIAL DEMANDED |
|     DEFENDANT. | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, Defendant Michael A. Sterns and Review Printing Co., Inc. ("Defendant") hereby removes this action from Oklahoma District Court for Stephens County to this Court on the following grounds:

1.  At the time of filing this action, Plaintiff Oak Tree Media, Inc. was and is an Oklahoma corporation. At the time of the filing of this action and at present time, Defendant, Michael Sterns is a resident of the State of Missouri; he is not a resident of the State of Oklahoma.

2.  Plaintiffs claims and Defendant's counterclaims involve amounts in controversy exceeding the sum of $75,000, exclusive of interest and costs.

3.  This is the kind of action of which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332 because of diversity of citizenship and sufficiency of amount in controversy.

4.  The aforementioned action was commenced by service of summons upon Amy Piedmont, attorney for Defendant, on December 6, 2007, and this Notice of Removal is, therefore, timely filed under the provisions 28 U.S.C. §1446.

5. As of December 21, 2007, upon information and belief, the following Defendant has been served: Michael A. Stearns. His Consent to Removal is attached as Exhibit "1" to this Notice.

6. A copy of this Notice of Removal is being filed in the Oklahoma District Court for Stephens County as an exhibit to the Notice of Filing Notice of Removal.

7. Copies of all process, pleadings and orders served upon Defendant, as well as a certified copy of the County Court's docket sheet, in the aforementioned state action are attached hereto as Exhibit "2" and made a part hereof.

            Respectfully submitted,

            s/Russell Mulinix
            Russell L. Mulinix, OBA #6494
            MULINIX OGDEN HALL
             ANDREWS & LUDLAM
            A Professional Limited Liability Company
            3030 Oklahoma Tower
            210 Park Avenue
            Oklahoma City, OK 73102
            (405) 232-3800 - Telephone
            (405) 232-8999 - Facsimile

            Attorney for Defendant Michael Stearns

## CERTIFICATE OF MAILING

I hereby certify that on the 26th day of December, 2007, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing was sent to the following ECF registrants and/or mailed to the following:

Jan Preece Gaddis
Court Plaza Building
1111 West Willow, Suite 203
Duncan, Oklahoma 73533

            s/Russell L. Mulinix
            Russell L. Mulinix