UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OAK TREE MEDIA, INC.,<br>    PLAINTIFF, | )<br>)<br>) |
| vs. | ) Case No.<br>) |
| MICHAEL A. STEARNS, PRESIDENT<br>REVIEW PRINTING CO., INC.,<br>    DEFENDANT. | )<br>)<br>)<br>) |

## CONSENT TO REMOVAL

Defendant Michael A. Stearns, hereby consents to the removal of this action to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

s/Russell Mulinix
Russell L. Mulinix, OBA #6494
MULINIX OGDEN HALL
  ANDREWS & LUDLAM
A Professional Limited Liability Company
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
(405) 232-3800 - Telephone
(405) 232-8999 - Facsimile

Attorney for Defendant Michael Stearns

## CERTIFICATE OF MAILING

I hereby certify that on the 26th day of December, 2007, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing was sent to the following ECF registrants and/or mailed to the following:

Jan Preece Gaddis
Court Plaza Building
1111 West Willow, Suite 203
Duncan, Oklahoma 73533


EXHIBIT 1

s/Russell L. Mulinix
Russell L. Mulinix