Printed: 12/18/07

STEPHENS COUNTY CIVIL DOCKET
CONNIE ELAM, COURT CLERK

Page: 1

| Case No. | STYLE OF CASE | NATURE OF ACTION | ATTORNEYS |
|---|---|---|---|
| CS-2007-00737R | OAK TREE MEDIA, INC. PLAINTIFF | BREACH OF CONTRACT | JAN PREECE GADDIS COURT PLAZA BUILDING 1111 WEST WILLOW, SUITE 203 DUNCAN, OK 73533 |
| | MICHAEL A. STEARNS DEFENDANT | | |

| Date | All Moneys Received | | Receipt No. | Dollars | Code |
|---|---|---|---|---|---|
| 10-05-2007 | BY CHCK-I $199.30, CHECK# 5111, JAN PREECE GADDIS | | 310343 | $199.30 | |
| | | | Total | $199.30 | |

Judge: G. BRENT RUSSELL

Case Information:
Comments:

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 10-05-2007 | FILE ENT PETITION KC | | | $137.00 | CF |
| | | | | $6.00 | LL |
| | | | | $2.00 | DM |
| | Oklahoma Court Information System Fee - Effective 07/01/07 | | | $10.00 | CAMA |
| | LENGTHY TRIAL FUND - EFFECTIVE 1/1/05 | | | $1.00 | RV |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT 7/1/07 | | | $25.00 | OCIS |
| | | | | $10.00 | LTF |
| | 10% OF AG VICTIM SERVICES FEE | | | $3.00 | AG |
| 10-05-2007 | ISSUE SUMMONS (MICHAEL A. STEARNS) RET TO ATTY KC | | | $0.30 | RV |
| | | | | $5.00 | CF |

| | Total Fees | $199.30 |
|---|---|---|
| | Total Unassigned | |

Amount Due: $0.00



I, CONNIE ELAM, COURT CLERK for STEPHENS COUNTY, OKLA., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as the same appears in the COURT CLERK'S OFFICE, STEPHENS COUNTY, OKLA.

This 18 day of Dec 20 07
CONNIE ELAM, COURT CLERK
BY _____ DEPUTY

EXHIBIT 2